UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| WASEEM DAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV416-158 |
| ) | |
| SCOTT L. POFF and UNITED ) | |
| STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Last month the Court ordered Waseem Daker to provide additional personal financial information in this 42 U.S.C. § 1983 case so it could properly evaluate his motion for leave to proceed *in forma pauperis*. Doc. 9. Daker now claims that: (a) two exhibits referenced in that Order in fact were not attached; (b) the legal materials needed to answer the Court's questions are in storage and not readily available; and (c) he does not currently have sufficient postage "to mail a complete response." Doc. 10 at 2-3. He thus asks for a thirty day extension of time to respond (he does not ask for free postage or any injunctive relief). *Id.* He also asks

1

that the Court direct the Clerk to docket his previous recusal motion (doc. 9, which the Court denied) as two separate filings, one seeking the recusal of all Southern District of Georgia judges, the other specific to the undersigned. Doc. 10 at 1.

Daker's extension request is **GRANTED**. Doc. 10. The exhibits referenced in the Court's previous Order do not appear on the docket (why that happened is unclear), and the Court can only assume Daker is correct that he never received them. They appear at the end of this Order and will be included with his service copy. Daker must place his response to the Court's IFP Order (doc. 9) in his prison's mail system no later than September 9, 2016.

Daker's construed motion for reconsideration of his recusal motions, however, is **DENIED**. The Court had no trouble understanding the relief he sought and the reasons he gave despite the Clerk docketing two motions as one document. *See* doc. 8. Both motions (to recuse the entire district, and to recuse the undersigned) were patently frivolous and deserved denial. *See* doc. 9 at 8-9 n. 1.

**SO ORDERED,** this 9th day of August, 2016.

/s/ G. R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA