# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| WASEEM DAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV416-158 |
| | ) | |
| SCOTT L. POFF and UNITED | ) | |
| STATES OF AMERICA | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

This case should be dismissed without prejudice because plaintiff Waseem Daker has failed to comply with the September 9, 2016[1] deadline for providing additional financial information to evaluate his motion for leave to proceed *in forma pauperis*. Doc. 9 at 6-8 (listing information required and warning Daker if he failed to return his financial information by that date the case will be recommended for dismissal); Doc. 11 at 2 (granting Daker an extension of time to comply with the Order). *See* L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack

---

[1] Daker was required to "place his response to the Court's IFP Order (doc. 9) in his prison's mail system no later than September 9, 2016." Doc. 11 at 2.

of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this  22nd  day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA