UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| WASEEM DAKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV416-158 |
| UNITED STATES OF AMERICA | ) | |
| and SCOTT L. POFF, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (R&R) advising that plaintiff Waseem Daker's complaint be dismissed for failure to comply with the September 9, 2016 deadline for providing additional financial information to evaluate his motion for leave to proceed *in forma pauperis*. *See* doc. 9 at 6-8 (listing information required and warning Daker if he failed to return his financial information by that date the case will be recommended for dismissal); doc. 11 at 2 (granting Daker an extension of time to comply with the Order); doc. 15 at 1 (recommending dismissal). Daker has still not complied with the Court's order.

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's R&R, to which objections have been filed. Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED** without prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of October, 2016.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA